AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN District of ALABAMA

MICHEAL WILLIAMS

V.

LVNV FUNDING, LLC, EXPERIAN, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   4:15-cv-02219 SGC

TO: (Name and address of Defendant)

LVNV FUNDING, LLC
c/o CSC Lawyers Incorporating Services, Inc.
150 S. Perry Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. WHITNEY SEALS, PATE & COCHRUN, LLP, P.O. BOX 10448,
BIRMINGHAM, AL  35202-0448, (205) 323-3900

an answer to the complaint which is served on you with this summons, within ___21___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHARON N. HARRIS, CLERK

12/11/15

CLERK

DATE

(By) DEPUTY CLERK

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN District of ALABAMA

MICHEAL WILLIAMS

V.

LVNV FUNDING, LLC, EXPERIAN, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   4:15-cv-02219 SGC

TO: (Name and address of Defendant)

RESURGENT CAPITAL SERVICES L.P.
CSC LAWYERS INCORPORATING SVC INC
150 SOUTH PERRY STREET
MONTGOMERY, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. WHITNEY SEALS, PATE & COCHRUN, LLP, P.O. BOX 10448,
BIRMINGHAM, AL 35202-0448, (205) 323-3900

an answer to the complaint which is served on you with this summons, within ____21__ MAY days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHARON N. HARRIS, CLERK

12/11/15

CLERK                                                              DATE

(By) DEPUTY CLERK

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | ALABAMA |

MICHEAL WILLIAMS

V.

**SUMMONS IN A CIVIL ACTION**

LVNV FUNDING, LLC, EXPERIAN, ET AL

CASE NUMBER:   4:15-cv-02219 SGC

TO: (Name and address of Defendant)

MUTUAL MANAGEMENT SERVICES, LLC.
ORTIZ, RAFAEL C
6447 MIAMI LAKES DR. EAST SUITE, 200C
MIAMI LAKES, FL 33014

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. WHITNEY SEALS, PATE & COCHRUN, LLP, P.O. BOX 10448,
BIRMINGHAM, AL 35202-0448, (205) 323-3900

an answer to the complaint which is served on you with this summons, within ____21____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHARON N. HARRIS, CLERK                    12/11/15

CLERK                                        DATE

(By) DEPUTY CLERK

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | ALABAMA |

MICHEAL WILLIAMS

**SUMMONS IN A CIVIL ACTION**

V.

LVNV FUNDING, LLC, EXPERIAN, ET AL

CASE NUMBER:   4:15-cv-02219 SGC

TO: (Name and address of Defendant)

TRANS UNION, LLC
PRENTICE-HALL CORPORATION SYSTEM INC
150 S PERRY ST
MONTGOMERY, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. WHITNEY SEALS, PATE & COCHRUN, LLP, P.O. BOX 10448,
BIRMINGHAM, AL  35202-0448, (205) 323-3900

an answer to the complaint which is served on you with this summons, within _____21____ ~~MAY~~ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default ~~will~~ be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHARON N. HARRIS, CLERK                                      12/11/15

CLERK                                                                                  DATE

(By) DEPUTY CLERK

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __ALABAMA__

MICHEAL WILLIAMS

**SUMMONS IN A CIVIL ACTION**

V.

LVNV FUNDING, LLC, EXPERIAN, ET AL

CASE NUMBER:  4:15-cv-02219 SGC

TO: (Name and address of Defendant)

EXPERIAN INFORMATION SOLUTIONS, INC.
C T CORPORATION SYSTEM
2 NORTH JACKSON ST., SUITE 605
MONTGOMERY, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. WHITNEY SEALS, PATE & COCHRUN, LLP, P.O. BOX 10448,
BIRMINGHAM, AL 35202-0448, (205) 323-3900

an answer to the complaint which is served on you with this summons, within __21__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHARON N. HARRIS, CLERK

12/11/15

CLERK

(By) DEPUTY CLERK

DATE

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __ALABAMA__

MICHEAL WILLIAMS

V.

LVNV FUNDING, LLC, EXPERIAN, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   4:15-cv-02219 SGC

TO: (Name and address of Defendant)

    EQUIFAX INFORMATION SERVICES, LLC
    CSC LAWYERS INCORPORATING SVC INC
    150 S PERRY ST
    MONTGOMERY, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    W. WHITNEY SEALS, PATE & COCHRUN, LLP, P.O. BOX 10448,
    BIRMINGHAM, AL 35202-0448, (205) 323-3900

an answer to the complaint which is served on you with this summons, within __21__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHARON N. HARRIS, CLERK

12/11/15

CLERK                                                     DATE

(By) DEPUTY CLERK

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | ALABAMA |

MICHEAL WILLIAMS

**SUMMONS IN A CIVIL ACTION**

V.

LVNV FUNDING, LLC, EXPERIAN, ET AL

CASE NUMBER:   4:15-cv-02219 SGC

TO: (Name and address of Defendant)

LVNV FUNDING, LLC
c/o CSC Lawyers Incorporating Services, Inc.
150 S. Perry Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. WHITNEY SEALS, PATE & COCHRUN, LLP, P.O. BOX 10448,
BIRMINGHAM, AL  35202-0448, (205) 323-3900

an answer to the complaint which is served on you with this summons, within _____21_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHARON N. HARRIS, CLERK

DATE   12/11/15

CLERK

*[signature]*

(By) DEPUTY CLERK

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203