SHARON HARRIS, CLERK
HUGO BLACK US COURTHOUSE
1729 5TH AVE NORTH
BIRMINGHAM, AL 35203

4. Restricted Delivery? (Extra Fee) ☐ Yes
3. Service Type: **CERTIFIED**
2. Article Number

7116 9125 4160 0000 0801

FILED
2015 Dec-22 AM 11:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature (☐ Addressee or ☐ Agent)
X  [signature]

B. Received By: (Please Print Clearly)
Rafael Ortiz

C. Date of Delivery
12-17-15

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City          State          ZIP + 4 Code

7116 9125 4160 0000 0801

1. Article Addressed To:

MUTUAL MANAGEMENT SERVICES, LLC.
ORTIZ, RAFAEL C
6447 MIAMI LAKES DR. EAST SUITE, 21
MIAMI LAKES FL 33014