

FILED
2016 Jan-26  AM 09:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **MICHEAL WILLIAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NUMBER:** |
| **v.** | ) | **4:15-CV-02219-SGC** |
| | ) | |
| **LVNV FUNDING, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to the provisions of Rule 83.1(b) of the Local Rules of the United States District Court for the Northern District of Alabama, Neal D. Moore, III, a member in good standing with the Bar of this Court and attorney of record for Defendants LVNV Funding, LLC, and Resurgent Capital Services, LP, moves this Court to admit Robbie Malone and Eugene Xerxes Martin, IV, *pro hac vice* as additional counsel of record for Defendants.

Ms. Malone is an attorney and member of the law firm of Robbie Malone, P.L.L.C., 8750 North Central Expressway, Suite 1850, Dallas, Texas 75231. She is a member in good standing of the Bar of the State of Texas and the U.S District Court for the Northern District of Texas, the district in which Ms. Malone resides and regularly practices law, and as reflected by the attached Certificate of Good

Standing.   Ms. Malone's admission fee will be tendered to the Clerk of Court within the time prescribed to remit such payment.

Mr. Martin is an attorney and member of the law firm of Robbie Malone, P.L.L.C., 8750 North Central Expressway, Suite 1850, Dallas, Texas 75231.  He is a member in good standing of the Bar of the State of Texas and the U.S District Court for the Northern District of Texas, the district in which Mr. Martin resides and regularly practices law, and as reflected by the attached Certificate of Good Standing.  Mr. Martin's admission fee will be tendered to the Clerk of Court within the time prescribed to remit such payment.

Dated: January 26, 2016

Respectfully submitted,

/s/ Neal D. Moore, III
Neal D. Moore, III
*Attorney for Defendant LVNV*
*Funding, LLC, and Resurgent*
*Capital Services, LP*

**OF COUNSEL:**

FERGUSON, FROST, MOORE & YOUNG, LLP
Post Office Box 430189
Birmingham, Alabama  35243-0189
Telephone:   (205) 879-8722
Facsimile:   (205) 879-8831
Email:        ndm@ffmylaw.com

## CERTIFICATE OF SERVICE

This is to certify that on the 26th day of January, 2016, a copy of the foregoing document was served upon counsel for all parties to this proceeding by the following method:

     _____        mailing the same by first-class United States mail, properly addressed and postage pre-paid

     _____        hand delivery

     _____        via facsimile

     X         E-File to:

W. Whitney Seals, Esq.
PATE & COCHRAN, LLC
P.O. Box 10448
Birmingham, AL  35202-0448
filings@plc-law.com
Attorney for Plaintiff

John C. Hubbard, Esq.
JOHN C. HUBBARD, LLC
P.O. Box 953
Birmingham, AL  35201
jch@jchubbardlaw.com
Attorney for Plaintiff

                                       /s/ Neal D. Moore, III
                                       OF COUNSEL

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

### Eugene Xerxes Martin

Bar Number:                                         Date of Admission:

**24078928**                                         **01/18/2012**

Witness my official signature and the seal of this court.

Dated: 1/25/2016                                Karen Mitchell,
                                                Clerk of Court

                                                By: Erica Monk
                                                    Deputy Clerk

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

### Robbie L Malone

Bar Number:                                 Date of Admission:

**12876450**                                **05/10/1993**

Witness my official signature and the seal of this court.

Dated: 1/25/2016

Karen Mitchell,
Clerk of Court

By: Erica Monk
Deputy Clerk