IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **MICHEAL WILLIAMS** | ] |
| **Plaintiff,** | ] |
| v. | ] 4:15-cv-2219-KOB |
| **LVNV FUNDING LLC, et al.,** | ] |
| **Defendants.** | ] |

### ORDER

This matter is before the court on the "Joint Stipulation of Dismissal With Prejudice." (Doc. 86). The court DISMISSES WITH PREJUDICE all claims of the Plaintiff against Defendants LVNV Funding LLC and Resurgent Capital Services, LP, each party to bear his or its own costs.

DONE and ORDERED this 9th day of June, 2017.

_Karon O. Bowdre_
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE