IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **MICHEAL WILLIAMS,** | ] |
| **Plaintiff,** | ] |
| v. | ]   4:15-cv-2219-KOB |
| **LVNV FUNDING, LLC, et al.,** | ] |
| **Defendant.** | ] |

### ORDER

Before the court is Plaintiff Micheal Williams' "Motion to Dismiss" pursuant to Fed. R. Civ. P. 41. (Doc. 88). Plaintiff requests that the court dismiss all Plaintiff's claims against Defendant Mutual Management Services, LLC, with prejudice.

Therefore, the court **GRANTS** Plaintiff's motion and **DISMISSES** Defendant Mutual Management Services WITH PREJUDICE, each party to bear its own costs. The court DIRECTS the Clerk to close this case.

**DONE** and **ORDERED** this 8th day of November, 2017.

_Karon O. Bowdre_
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE